**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PHIL KING and NANCY KING,**

          **Plaintiffs,**

**-vs-**                                                          Case No. 6:07-cv-1948-Orl-31UAM

**GEO VERA SPECIALTY INSURANCE**
**SERVICES, INC. f/k/a USF&G**
**SPECIALTY INSURANCE SERVICES,**
**INC.,**

          **Defendant.**

## ORDER

This matter comes before the Court on the Response to Order to Show Cause (Doc. 12) filed by the Defendant, Geo Vera Specialty Insurance Services, Inc. ("Geo Vera"). In the Response, Geo Vera admits that 28 U.S.C. § 1441(a) required the removal of this case, which was originally filed in Broward County state court, to the Southern District of Florida (which embraces Broward County) rather than the Middle District. In consideration of the foregoing, the Clerk is

directed to **TRANSFER** this case to the United States District Court for the Southern District of Florida.[1]

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 2, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] The Plaintiffs have filed a motion to remand (Doc. 11) based on the removal of this case to the wrong district. There appears to be a split of authority as to whether remand or transfer is the appropriate remedy when a case is removed to an improper district. *Compare Addison v. North Carolina Dep't of Crime & Public Safety*, 851 F.Supp. 214 (M.D.N.C. 1994) (stating that case removed to wrong division should be remanded, not transferred, to cure procedural defect) *and S.W.S. Erectors, Inc. v. Infax, Inc.*, 72 F.3d 489, 494 n.3 (5th Cir. 1996) ("When a case is removed to the wrong district, the mistake does not require remand and the interest of justice requires that the action be transferred to the district court of proper venue."). This Court will defer resolution of this split to the district court of proper venue – the United States District Court for the Southern District of Florida.